Antonietta A. MARTONE et al.

v.

K MART CORPORATION et al.

No. 92–430–Appeal.

Supreme Court of Rhode Island.

Nov. 1, 1993.

Brian Van Couyghen, Van Couyghen & Lally, Wakefield, for plaintiffs.

Charles N. Redihan, Jr., Kiernan, Plunkett & Redihan, Providence, for defendants.

OPINION

PER CURIAM.

This case came before the court for oral argument on October 7, 1993. After considering the arguments of counsel and the briefs filed by the parties, the court is evenly divided on the dispositive issues raised in support of the appeal and cross appeal.

Consequently, the judgment of the Superior Court is hereby affirmed.

FAY, C.J., did not participate.